■ JAY-K INDEPENDENT LUMBER CORP., Plaintiff, v. MARGARET A. BLACK, Appellant, and TREVOR N. OWEN, Respondent.— Judgment unanimously affirmed,

with costs. (See CPLR 103, subd. [c]; 3017, subd. [a].) (Appeal from judgment of Oneida Trial Term declaring a lien valid and directing sale of premises.) Present — Williams, P. J., Goldman, Henry, Del Vecchio and Marsh, JJ.